Page 1

Eastern District of Kentucky
FILED

JUN 12 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FILED
MAR 12 2019
FRANKLIN CIRCUIT COURT
AMY FELDMAN, CLERK

Commonwealth of Kentucky

Franklin County District Court

222 St Clair Street, Frankfort, Ky 40601

Affiant                          Vs.                    Defendant

Stephen Y Harris                               Peace officer commonwealth of
                                               Kentucky Name under
                                               investigate plus Rick
                                               Spark pre—Attorney

Motion of Summons:

Complaint? Note of Complete;

Page 1 add to page 2 upon this Motion Summons, the above name of Defendant I, hereby request the court to serve a court order from the Sheriff Department to summons ~ the above name defendant to be Serve a summon. For I, Print name Stephen Y Harris the Affiant and Affiant, print name Nicole Oliver Was KSR 5## 040 Force to false report an incident/ a case # KRS 519 040 False reporting incident she did not, she was terroristic threatening by the above name defendant. Therefore, the person that was force to false report an incident is free to go the person that force the person has a charge against them. I will not rest my case until this matter is answer.

PSS ~ The above name defendant to be serve a summon on address location 329 Murry street Frankfort, Kentucky 40601 court house above persons 222 St Clair St)

Page 2

"Note of Complete Date January 22, 2019 from I, Stephen Yonzal Harris."

Phone # (502)229-0612

I upon this note of complete I hereby my ID # 6FV1-MG5-EF00-A/B also AARP

#340 774 340 4 to the courts of Frankfort Kentucky 40601. Anyone's who has

Made a case # KRS 519.040/ KRS N/A Falsely Reporting an Incident & any

One force to falsely report am Incident on me Stephen Yonzal Harris. I hereby

Complete, on anyone to have them summons to court. If there is one on me

Call me and Will come down to the court house to be summoning to answer

Any Complete on Me. Upon the above note I see forth to the Date December 1

2018 through January 22, 2019 any complete these dates falsely reported. On

I Stephen Yonzal Harris been only doing my job and staying out the way of

Other people in Frankfort Ky my Family and friends of the family will witness

My true words of completes.

SUBSCRIBED AND SWORN TO BEFORE ME BY
_Stephen Y Harris_
ON THIS 11th DAY OF March 2019.
_Maugaun R. Friman_
NOTARY KENTUCKY STATE AT LARGE
MY COMMISSION EXPIRES: April 20, 2022
ID# 599644

Attorney, Lawyer, Counsel of the Federal court over legal aid I am

Signature Pro say # 90590 Stephen Yonzal Harris

117 Landing on
Frankfort Ky
40601

Date send January 22, 2019

Signature of Judge _____